# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA KLASK,<br><br>             Petitioner,<br><br>   v.<br><br>RIVERSIDE COUNTY COURT,<br><br>             Respondent. | Case No. 5:25-cv-02094-JFW-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation (the "Report") of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts the Report and adopts it as its own findings and conclusions.  Accordingly, the Petition is dismissed without prejudice.

DATED: April 10, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE