JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA KLASK, | Case No. 5:25-cv-02094-JFW-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| RIVERSIDE COUNTY COURT, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 10, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE